# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| Jose O. Torres,<br><br>      Plaintiff,<br><br>v.<br><br>Sher Tremonte, LLP, Justin M. Sher, Michael Tremonte, Noam Korati Biale, Anna Maria Estevao, Tor Ekeland Law, PLLC, Tor Ekeland, Jessica Coonrod,<br>Argentino Fiore Law Advocacy, LLC,<br>Jodi Argentino, Celeste Fiore, Frank Morano,<br><br>      Defendants. | Hon. Madeline Cox Arleo<br>Civil Action No. 2:22-cv-4662 (MCA)(CLW)<br><br><br>**NOTICE OF MOTION FOR SUMMARY JUDGMENT** |

**TO:**  Jose O. Torres (J-2020-03855)
Essex County Correctional Facility
354 Doremus Avenue
Newark, New Jersey 07105

Robert A. Berns, Esq.
Kauffman Dolowich & Voluck, LLP
Court Plaza North
25 Main Street, Ste. 500
Hackensack, New Jersey 07601-7086
*Attorney for Defendants, Sher Tremonte, LLP*
*Justin M. Sher, Michael Tremonte,*
*Noam Korati Biale and Anna Maria Estevao*

Tor Ekeland Law, PLLC
30 Wall Street, 8th Floor
New York, New York 10005

Tor Ekeland, Esq.
30 Wall Street, 8th Floor
New York New York 10005

Jessica Coonrod, Esq.
1985 Marcus Avenue, Ste. 207
New Hyde Park, New York 10042

COUNSEL:

**PLEASE TAKE NOTICE** that Defendants, Argentino Fiore Law & Advocacy, LLC, Jodi Argentino, Esq., Celeste Fiore, Esq., and Frank Morano, Esq. (collectively "Defendants"), will move before the Hon. Madeline Cox Arleo, U.S.D.J., on November 7, 2022 for an Order granting Defendants summary judgment, pursuant to *Fed.R.Civ.P. 56*, in the above matter.

**PLEASE TAKE FURTHER NOTICE** that, in support of this motion, Defendants rely upon the Brief in support of the Motion, Statement of Undisputed Material Facts, Declaration of Frank Morano, Esq., and Declaration of David P. Skand, Esq., with exhibits attached, filed and served herewith.

A proposed form of Order is attached. Defendants request oral argument only if timely opposition to this motion is filed.

                                  **ECKERT SEAMANS CHERIN & MELLOTT, LLC**
                                  *Attorneys for Defendants, Argentino Fiore Law & Advocacy, LLC, Jodi Argentino, Esq., Celeste Fiore, Esq., and Frank Morano, Esq.*

                                  By: /s/ David P. Skand
                                        Marshall D. Bilder
                                        David P. Skand

Dated:   October 13, 2022

## **CERTIFICATION OF FILING AND SERVICE**

The undersigned hereby certifies that on the date set forth below the within Notice of Motion, Statement of Undisputed Material Facts, Declaration of Frank Morano, Esq., and Declaration of David P. Skand, Esq., Brief in Support of Motion for Summary Judgment, and proposed form of Order were filed this day with the Clerk of the U.S. District Court, via ECF, and that copies of each of the aforementioned documents were served via ECF and Regular mail as follows:

> Jose O. Torres (J-2020-03855)
> Essex County Correctional Facility
> 354 Doremus Avenue
> Newark, New Jersey 07105
> *Pro Se Plaintiff*
>
> Robert A. Berns, Esq.
> Kaufman Dolowich & Voluck
> Court Plaza North
> 25 Main Street, Ste. 500
> Hackensack, New Jersey 07601-7086
> *Attorney for Defendants, Sher Tremonte, LLP*
> *Justin M. Sher, Michael Tremonte,*
> *Noam Korati Biale and Anna Maria Estevao*
>
> Tor Ekeland Law, PLLC
> 30 Wall Street, 8th Floor
> New York, New York 10005
>
> Tor Ekeland, Esq.
> 30 Wall Street, 8th Floor
> New York New York 10005
>
> Jessica Coonrod, Esq.
> 1985 Marcus Avenue, Ste. 207
> New Hyde Park, New York 10042

and that a copy of the within Motion was forwarded via FedEx to the following:

    Hon. Madeline Cox Arleo, U.S.D.J.
    MLK Jr. Federal Building & Courthouse
    50 Walnut Street
    Newark, New Jersey 07102

    I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

                                  By:    /s/ David P. Skand
                                                David P. Skand

Dated: October 13, 2022