**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| Jose O. Torres,<br><br>        Plaintiff,<br><br>v.<br><br>Sher Tremonte, LLP, Justin M. Sher, Michael Tremonte, Noam Korati Biale, Anna Maria Estevao, Tor Ekeland Law, PLLC, Tor Ekeland, Jessica Coonrod,<br>Argentino Fiore Law Advocacy, LLC,<br>Jodi Argentino, Celeste Fiore, Frank Morano,<br><br>        Defendants. | Hon. Madeline Cox Arleo<br>Civil Action No. 2:22-cv-4662 (MCA)(CLW)<br><br>**ORDER GRANTING SUMMARY JUDGMENT** |

**THIS MATTER** having been opened to the Court on the motion of Defendants, Argentino Fiore Law & Advocacy, LLC (misplead as Argentino Fiore Law Advocacy, LLC), Jodi Argentino, Esq., Celeste Fiore, Esq., and Frank Morano, Esq., (collectively "Defendants"), for an Order. pursuant to *Fed.R.Civ.P. 56*, granting Defendants a summary judgment, and the Court having considered the submissions and arguments of counsel, and the applicable law, hereby finds:

**IT IS** on this _____ day of _____, 2022

**ORDERED** that Defendants' motion for summary judgment is hereby **GRANTED;**

**FURTHER ORDERED** that a copy of this Order shall be served on all parties hereto within seven days of its posting to ECF..

 

_____
Hon. Madeline Cox Arleo, U.S.D.J.

The within motion was:

Opposed: _____
Unopposed: _____

107766799.1