**KAUFMAN, DOLOWICH & VOLUCK, LLP**
Robert A. Berns, Esq.
25 Main Street, Suite 500
Hackensack, New Jersey 07601
(201) 488 – 6655
*Attorney for Defendants, Sher Tremonte, LLP Justin M. Sher,*
*Michael Tremonte, Noam Korati Biale and Anna Maria Estevao*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| Jose O. Torres,<br><br>    Plaintiff,<br><br>  v.<br><br>Sher Tremonte, LLP, Justin M. Sher, Michael Tremonte, Noam Korati Biale, Anna Maria Estevao, Tor Ekeland Law, PLLC, Tor Ekeland, Jessica Coonrod, Argentino Fiore Law Advocacy, LLC, Jodi Argentino, Celeste Fiore, Frank Morano,<br><br>    Defendants. | Hon. Madeline Cox Arleo<br><br>Civil Action No. 2:22-cv-4662 (MCA)(CLW)<br><br>*Civil Action*<br><br>**[PROPOSED]**<br>**ORDER DISMISSING PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS**<br>**SHER TREMONTE, LLP,**<br>**JUSTIN M. SHER, MICHAEL TREMONTE,**<br>**NOAM KORATI BIALE, AND ANNA MARIA ESTEVAO**<br>**PURSUANT TO F.R.F.P. 12(b)(6)** |

This matter having been opened to the Court by motion of Kaufman, Dolowich & Voluck, LLP, attorneys for Sher Tremonte, LLP, Justin M. Sher, Michael Tremonte, Noam Korati Biale, Anna Maria Estevao, (collectively referred to as "Sher Tremonte Defendants") for the entry of an Order dismissing Plaintiff Jose O. Torres's ("Plaintiff") Complaint, and the Court having considered the motion papers and all opposition thereto, and having heard oral argument of counsel; and good cause having been shown,

**IT IS** on this _____ day of _____ 2022:

**ORDERED** that Defendants Sher Tremonte, LLP, Justin M. Sher, Michael Tremonte, Noam Korati Biale, Anna Maria Estevao's Rule 12(b)(6) motion be, and hereby is GRANTED; and

**IT IS FURTHER ORDERED** that Plaintiffs' Complaint is hereby dismissed with prejudice as against Defendants herein.

_____
Hon. Madeline Cox Arleo, U.S.D.J.

4868-7529-3502, v. 1