# EXHIBIT F

Home   Introduction   Index   Resources   Offsite

# THE HONEST COURTESAN

Frank commentary from a semi-retired call girl

**Feeds:**   Posts   Comments

« Links #468                                                                 Diary #469 »

### VISIT MY BOOKSTORE



## Joey the Player
June 24, 2019 by Maggie McNeill

*Last week Alex Andrews of SWOP Behind Bars asked me to spread the word about this serial predator, or more specifically the effort to bring him down. If you have information and would like to talk to the lawyer she describes below, please Twitter DM SWOP Behind Bars or see the lawyer's contact info below. If you're not on Twitter, I can forward your email to Alex. I've also attached all the info on this monster people have shared on Twitter; his email address and physical address are here, and a few of the many phone numbers he's used here. As you can see, there would be more than enough had he not cunningly chosen to target a group cops consider subhuman.*

Joey the Player has been a predator in the sex worker community for many years; barely a month goes by without a horror story of his assaulting an unknowing provider. Just last week there was an incident in Las Vegas. And of course since sex workers were kicked off the internet in the FOSTA debacle, its been really hard to continue to warn each other about dangerous and abusive clients. And because of criminalization – we can't go report these horrific assaults



**BAD DATE ALERT: JOE TORRES Inc. Bad checks, fraud, assault**

**Names & Aliases**
Joe Torres
Jose Torres
Steven
Justin
Joseph "Joe" Vervaramie
Ilka Pow

Michael / Mike / Joe
Joe Hardy
Joe Terne
Joe Verdi
Joe Carone
Joey Torres

Jersey Guy
Joey The Player
Joseph "Joe" Cardone
Joe Lentini
Joe Verderamie

### THIS MONTH
June 2019

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   |   |   |   |   | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| 30 |   |   |   |   |   |   |

« May   Jul »

### OLD POSTS
Select Month ⌄

### CALL ME

to police because they would probably put a target on us, rape us themselves or do some kind of harmful cop shit that would make our lives harder than they are. His victims have been working on a strategy for a long time and SWOP Behind Bars wants to support their efforts, especially since most of his crimes have taken place in New Jersey and NYC. If you have been victimized by this sleaze or have information and would like to talk (pro bono) to the lawyers, please contact Noam (nbiale@shertremonte.com) or Anna (aestevao@shertremonte.com) or call 212-202-2600.



Posted in Current Events, Guest Columns, The Dark Side, Tyranny | Tagged bad customers, New Jersey, New York, rape, screening, violence vs. sex workers | 4 Comments

## 4 Responses



Enter your email address to follow "The Honest Courtesan"; you'll be notified by email whenever Maggie posts something new.

Email Address



It's a date!

## BECOME A BLOG PATRON

- 10¢ per day
- 25¢ per day
- 50¢ per day
- $1 per day
- Unsubscribe

If you want to donate but don't want a recurring charge, you can send any amount you like via PayPal to my email address (see below). Be sure to include a note so I can thank you!

## CONTACT MAGGIE

If you'd like to ask me a question, click here.

If you made a comment and it doesn't appear within a few hours, click on this one.

If you'd like to alert me to an interesting item, use this one.

And if you have a request, bouquet or brickbat or just want to introduce yourself, this is the one for you.

## A FEW REFERENCES

Advice for Clients
Criminal Defense Attorneys
Frequently Told Lies
Guided Tour
House Rules
King of the Hill
Maggie's Amazon Wishlist
My escort website
Signs of "sex trafficking"