## CERTIFICATION OF FILING AND SERVICE

The undersigned hereby certifies that on the date set forth below the within the Brief in Opposition to Plaintiffs Motion for Injunctive Relief were filed this day with the Clerk of the U.S. District Court, via ECF and that copies of each of the aforementioned documents were served via ECF and regular mail as follows:

| | |
|---|---|
| Jose O. Torres (J-2020-03855)<br>Essex County Correctional Facility<br>354 Doremus Avenue<br>Newark, New Jersey 07105 | Tor Ekeland, Esq.<br>30 Wall Street, 8thFloor<br>New York New York 10005 |
| David P. Skand<br>Eckert Seamans Cherin & Mellott, LLC<br>100 Mulberry St,<br>Newark, NJ 07102 | Jessica Coonrod, Esq.<br>1985 Marcus Avenue, Ste. 207<br>New Hyde Park, New York 10042 |

And that a copy of the within Motion was forwarded via FedEx to the following:

>Hon. Madeline Cox Arleo, U.S.D.J.
>MLK Jr. Federal Building & Courthouse
>50 Walnut Street
>Newark, New Jersey 07102

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

By:    */s/Robert A. Berns*
       ROBERT A. BERNS

Dated: November 21, 2021