# UNITED STATES DISTRICT COURT

## DISTRICT OF NEW JERSEY

JOSE O. TORRES  
*PLAINTIFF*

v.

SHER TREMONTE LLP, et al.,  
*DEFENDANTS*

Honorable Madeline Cox Arleo  
Case #: 2:22-CV-4662 (MCA)(CLW)

**ORDER GRANTING ENTRY OF DEFAULT JUDGMENT AGAINST TOR EKELAND, TOR EKELAND PLLC AND JESSICA COONROD, PURSUANT TO FED. R. CIV. PROC. 55**

**THIS MATTER** having been opened to the Court on the motion of Plaintiff, for an Order pursuant to Fed. R. Civ. P. 55, order granting entry of default judgment against Tor Ekeland, Tore Ekeland PLLC, and Jessica Coonrod, (collectively known as "Defendants") and the Court having considered the submissions and arguments of counsel, and the applicable law, hereby finds:

**IT IS** on this _____ day of _____, 2022

**ORDERED** that Plaintiff's motion for entry of default judgment is hereby **GRANTED**;

**ORDERED** entry of default judgment in favor of Plaintiff and against the Defendants in the amount of $52,561,500 USD, plus any applicable attorney fees and costs in an amount to be determined, plus judgment interest at the legal rate in effect to accrue thereon from the date of this judgment forward until paid;

**ORDERED** a restraining order, ordering Defendants to be permanently enjoined from committing or assisting in the commission of any further crimes and/or RICO violations, including Title 18 USCS 1962(a)-(d), Title 18 USCS 1956, aiding and abetting Title 18 USCS 2422(a), and N.J.S.A. 2C:34-1, and;

**FURTHER ORDERED** that a copy of this Order shall be served on all parties hereto within seven days of its posting on ECF.

_____  
Hon. Madeline Cox Arleo, U.S.D.J.

The within motion was:  
Opposed: _____  
Unopposed: _____