# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

CIVIL ACTION

Case #: _____

**JOSE O. TORRES**

**1st Amended - Civil Complaint**

For Injunctive Relief and Declaratory Damages

V.

**SHER TREMONTE LLP**

**Demand for Trial by Jury**

**JUSTIN M. SHER**

**MICHAEL TREMONTE**          **Applicable Statutes**

**NOAM KORATI BIALE**          18 USC § 1962(c) and (d) Federal Civil RICO

**ANNA MARIA ESTEVAO**

**TOR EKELAND LAW PLLC**       **Applicable Jurisdiction Statutes**

**TOR EKELAND**                28 USC § 1331 Federal Question Jurisdiction

**JESSICA COONROD**

**ARGENTINO, FIORE LAW ADVOCACY LLC**   **Applicable Injunctive Relief**

**JODI ARGENTINO**             18 USC § 1964

**CELESTE FIORE**

**FRANK MORANO**

# EXHIBIT B

## Receipt 1

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

TOR EKELAND
TOR EKELAND
30 WALL STREET, 8TH FLOOR
NEW YORK, NY 10005

9590 9402 6123 0209 0407 39

2. Article Number (Transfer from service label)

7018 1130 0001 7832 4279

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X M. Quintana ☑ Agent ☐ Addressee
B. Received by (Printed Name): M. Quintana
C. Date of Delivery: ← NO DATE OF DELIVERY
D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type:
- ☑ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☐ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☑ Return Receipt for Merchandise
- ☑ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

## Receipt 2

Sent 7/30/22

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

TOR EKELAND
TOR EKELAND LAW PLLC
30 WALL STREET, 8TH FLOOR
NEW YORK, NY 10005

9590 9402 5850 0038 1459 02

2. Article Number (Transfer from service label)

7018 1130 0001 7832 4286

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X M. Quintana ☑ Agent ☐ Addressee
B. Received by (Printed Name): M. Quintana
C. Date of Delivery: ← NO DATE OF DELIVERY
D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type:
- ☑ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☐ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☑ Return Receipt for Merchandise
- ☑ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

## Receipt 3

SENT 7/30/22

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

JESSICA COONROD
PHARMA PACKS
1985 MARCUS AVE., SUITE 207
NEW HYDE PARK, NY 11042

9590 9402 6123 0209 0407 22

2. Article Number (Transfer from service label)

7018 1130 0001 7831 9909

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X HL RT53 COVID'P ☐ Agent ☐ Addressee
B. Received by (Printed Name):
C. Date of Delivery: 8/8/22
D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type:
- ☑ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☐ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☑ Return Receipt for Merchandise
- ☑ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

9/11

**Label 1:**
USPS TRACKING # 9590 9402 6123 0209 0407 39
SD6 600 04
First-Class Mail Postage & Fees Paid USPS Permit No. G-10

Sender:
JOSE O. TORRES
J-2020-03855
ESSEX COUNTY JAIL
354 DOREMUS AVE.
NEWARK, NJ 07105

RE: CIVIL RICO - WAIVER OF SERVICE

**Label 2:**
USPS TRACKING # 9590 9402 5850 0038 1459 02
SD6 600 04
First-Class Mail Postage & Fees Paid USPS Permit No. G-10

Sender:
JOSE O. TORRES
J-2020-03855
ESSEX COUNTY JAIL
354 DOREMUS AVENUE
NEWARK, NJ 07105

RE: CIVIL RICO - WAIVER OF SERVICE

**Label 3:**
USPS TRACKING # 9590 9402 6123 0209 0407 22
5D6.
First-Class Mail Postage & Fees Paid USPS Permit No. G-10

NEWARK, NJ 07105

Sender:
JOSE O. TORRES
J-2020-03855
ESSEX COUNTY JAIL
354 DOREMUS AVENUE
NEW YORK, NJ ~~07105~~   wrong zip

RE: CIVIL RICO - WAIVER OF SERVICE

# EXHIBIT C

**Other Orders/Judgments**
2:22-cv-04662-MCA-CLW TORRES v. SHER TREMONTE LLP et al

## U.S. District Court

### District of New Jersey [LIVE]

**Notice of Electronic Filing**

The following transaction was entered on 8/19/2022 at 9:37 AM EDT and filed on 8/18/2022
**Case Name:** TORRES v. SHER TREMONTE LLP et al
**Case Number:** 2:22-cv-04662-MCA-CLW
**Filer:**
**Document Number:** 7

**Docket Text:**
**ORDER granting Plaintiff's request that the Marshal's Office is directed to serve Plaintiff's first amended complaint [3] upon Defendants; the Clerk's office is directed to transmit a copy of this Order to Plaintiff, return receipt requested. Signed by Magistrate Judge Cathy L. Waldor on 8/18/2022. (sm)**

**2:22-cv-04662-MCA-CLW Notice has been electronically mailed to:**

**2:22-cv-04662-MCA-CLW Notice has been sent by regular U.S. Mail:**

JOSE O. TORRES
J-2020-03855
ESSEX COUNTY JAIL
354 DOREMUS AVENUE
NEWARK, NJ 07105

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1046708974 [Date=8/19/2022] [FileNumber=16383914-0] [5f507912b545426084e5d087eca709dc890453b38d7773b178b0a44ae1007dddba f0bd9b8991792a15b04e4bce8f328a2d031b674d882ae5880b1b9e6f10ea25]]