Jose Torres<br>
J-2020-03855<br>
Essex County Jail<br>
354 Doremus Ave.<br>
Newark, NJ 07105

November 29, 2022

William T. Walsh
Court Clerk
50 Walnut Street
Newark, NJ 07102

Civil Case No. 22-CV-04662(MCA)(CLW)

Re: **Motion for entry of default judgment against Tor Ekeland, Tor Ekeland PLLC and Jessica Coonrod**

Dear William T. Walsh,

    I am a pro se defendant. Please date, time stamp and file the attached motion on my docket sheet.

    Enclosed is the motion for entry of default judgment against Tor Ekeland, Tor Ekeland PLLC and Jessica Coonrod along with a Proposed Order and Form.

    The attached motion has been served on all parties via USPS certified mail (i.e., Tor Ekeland, Tor Ekeland PLLC and Jessica Coonrod) to the address(es) listed on the 1st Amended Complaint filed on August 1, 2022 with this Court.

Respectfully Submitted,

Jose Torres

1